**Effort ALEXANDER, Plaintiff-Appellant**

v.

**Jerry MCADAMS; Grandview Lakes Homeowners Association, Incorporated, Defendants-Appellees**

No. 17-60296
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed August 9, 2017

Effort Alexander, Pro Se

Jerry Wesley Hisaw, Holland Law, P.C., Horn Lake, MS, for Defendants-Appellees

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by that court. The order of Judge Mills correctly answers all of Plaintiff's claims and no more need be said.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.